**Order entered July 20, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00441-CV**
_____

**CYRUS NDOWO, Appellant**
**V.**
**SSK TRUST, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00848-2022**

**ORDER**

By letter dated July 1, 2022, we directed appellant to file, within ten days, written verification he had requested the reporter's record. Although we cautioned that failure to do so could result in the appeal being submitted without the reporter's record, appellant has failed to comply. *See* Tex. R. App. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief on the merits no later than August 19, 2022.

/s/     KEN MOLBERG
JUSTICE